

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

February 10, 1939

Hon. O. E. Gerron
County Attorney
Ector County
Odessa, Texas

Dear Sir:

Opinion No. O-139
Re: (1) Chief deputies for sheriff-
tax collector-assessor.
(2) Ex-officio compensation.

This will acknowledge receipt of your letter
of January 18th in which you ask our opinion whether
the sheriff-tax collector and assessor is entitled to
a chief deputy sheriff at a maximum salary of $1,800.00
per annum and a chief deputy tax collector-assessor at
a maximum salary of $1,800.00 per year.

You are advised that this question was an-
swered in an opinion rendered by Assistant Attorney Gen-
eral Cecil C. Roach, same being opinion No. O-91. A
copy of this opinion is enclosed for your consideration.

In line with this opinion, you are advised
that the sheriff-tax collector and assessor of Ector
County would not be entitled to two chief deputies, in-
asmuch as he is holding only one office.

You further requested an opinion whether the
Commissioners' Court could allow the sheriff-tax collec-
tor and assessor an ex-officio compensation under exist-
ing laws.

You are referred to Article 3895, R. C. S.,
which provides for ex-officio compensation in cases where
the compensation and excess fees do not exceed the maxi-
mum provided for office. As stated by you, the Commission-
ers' Court does not know at this time nor may they deter-

mine the amount of fees the office will collect during
the ensuing year. However, it has been consistently
held by this Department that the officer is required
to report all fees earned, even though the official
has reached the maximum allowed by law. Should an offi-
cer retain an amount in excess of the maximum compensa-
tion allowed by law, due to an over-allowance of ex-
officio compensation, such an over-allowance is return-
able to the county. The amount cannot be determined
until the close of the fiscal year.

Therefore, you are advised the Commissioners'
Court in its discretion may allow the sheriff-tax
collector and assessor an ex-officio compensation in
such amount as may be determined by the court.

Very truly yours

ATTORNEY GENERAL OF TEXAS

By Benjamin Woodall

Benjamin Woodall
Assistant

BW:AW

ENCLOSURE

APPROVED:

ATTORNEY GENERAL OF TEXAS